IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DONALD BAGWELL, | * | |
| Plaintiff, | * | |
| v. | * | CV 113-120 |
| ANTHONY (TONY) PEARSON; MONICA PEARSON; PEARSON & PEARSON ENTERPRISES, INC.; FIVE DIAMOND TRAILERS, INC., | * | |
| Defendants. | * | |

**O R D E R**

This matter is before the Court on Plaintiff Donald Bagwell's motion to dismiss the above-captioned matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 24.) As there are no counterclaims pending, the Court **GRANTS** the motion and **DISMISSES WITHOUT PREJUDICE** all of Plaintiff's claims. The Clerk **SHALL TERMINATE** all motions and deadlines and **CLOSE** this case. Each party will bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of March, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA